**Order entered March 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00268-CV

### IN RE CHARLES ANTHONY ALLEN SR., Relator

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV99-01573-V**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** as unnecessary relator's motion for leave to file a writ of mandamus. *See* TEX. R.

APP. P. 52.1. We **ORDER** relator to bear the costs of this original proceeding.


/s/    CRAIG STODDART
        JUSTICE